IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.                              CASE NO.  4:02cr00198-02 JMM

RYAN LYNN McKINNEY

ORDER

Defendant appeared this date for a hearing on the motions to revoke supervised release (DE's #217 & 219).

Defendant denied that he committed another crime by furnishing an implement for escape as stated in the motion to revoke filed June 2, 2009 (DE #219).  However, he admitted that he committed another crime of Introduction of a Prohibited Article into a prison facility.  Specifically, he admitted that he had cigarettes in his vehicle parked near the prison facility so that an unnamed person could retrieve the cigarettes in order to sell in the prison facility. Defendant also admitted that he failed to provide monthly supervision reports to the United States Probation Officer for the months of February and March, 2009 as stated in the motion to revoke filed May 4, 2009 (DE #217).

Accordingly, the motions to revoke supervised release are granted based on Defendant's admission that he failed to submit truthful and complete written reports and failure to refrain from committing another crime.

IT IS SO ORDERED THIS 26th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE